# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

UNITED FINANCIAL
CASUALTY COMPANY,

    Plaintiff,

v.                                                                                                 Civ. No. 17-186 KG/GJF

MANUEL GALLEGOS d/b/a
MANUEL'S CONSULT,

    Defendant.

## ORDER STAYING PROCEEDINGS

At the parties' request, the Court held a status conference in the above-captioned cause on October 19, 2017. During the conference, the parties showed good cause for and stipulated to a stay of all further proceedings. Based on that stipulation, the Court **HEREBY ORDERS** a **STAY** of all proceedings in the instant matter.

    **IT IS FURTHER ORDERED THAT:**

Plaintiff's counsel **SHALL FILE** a status report with the Court on **April 20, 2018**, detailing any developments in the underlying New Mexico state case, D-503-CV-2015-01078, in the Fifth Judicial District Court, that gives rise to this declaratory action.

If the plaintiff in the underlying state suit fails to reopen the case, Plaintiff's counsel **SHALL FILE** a stipulation of dismissal with prejudice no later than **October 19, 2018.**

    **IT IS SO ORDERED**.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE